1
2
3
4
5
6
7

**JS-6**

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   LAW OFFICES OF JONATHAN            Case No. 2:21-cv-05653-MCS-DFM
     STEIN, P.C. DEFINED BENEFIT
12   PLAN, ARKA INC. PROFIT-            **JUDGMENT**
     SHARING PLAN, JONATHAN
13   STEIN, AND LINDA HONG SUN
     STEIN
14

15
                         Plaintiffs,
16

17              v.

18   GABRIELINO-TONGVA TRIBE,

19
                         Defendant.
20

21
22
23
24
25
26
27
28

                                 1

1       Pursuant to the Court's Order Granting Motion to Dismiss, it is ordered,

2 adjudged, and decreed that the First Amended Complaint is dismissed. The action is

3 dismissed without prejudice pursuant to the prior exclusive jurisdiction doctrine.

4 Plaintiffs shall take nothing from this case.

5

6 **IT IS SO ORDERED.**

7

8   Dated: January 31, 2022

9                        MARK C. SCARSI

                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28